(September 28, 1960)

HERMAN GOLDFARB et al., Respondents, v. HEWLETT GARDENS, INC., Appellant.— Motion by respondents to dispense with printing of brief, granted. The respondents are directed to file five copies of their typewritten brief and to serve one copy upon the appellant. The brief must be served and filed on or before September 30, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

(September 30, 1960)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL LENTO, Appellant.— Upon stipulation of the parties, order of this court dated September 12, 1960, dismissing the appeal, vacated. Upon the court's own motion, the appellant's time is enlarged to November 7, 1960, for which day the appeal is ordered to be placed on the calendar. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

THIRD DEPARTMENT, SEPTEMBER, 1960

(September 13, 1960)

In the Matter of the Claim of HARRY TRUDEAU, Appellant, against COLONIAL SAND & STONE CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion by the New York State Association of Plaintiffs' Trial Lawyers for leave to file a brief amicus curiæ. Motion granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.